**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**
One Newark Center – Tenth Floor
Newark, New Jersey 07102
Tel:  (973) 848-4000
Fax:  (973)848-4001
*Attorneys for Defendants Esquire Deposition Services LLC,*
*Hobart West Solutions LLC, and Amy Etheridge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAREN CHESTNUT,                                   :   08-CV-4030 (LAK)(MHD)
                                                                  :
                          *Plaintiff,*                        :
                                                                  :
       -against-                                              :   **RULE 7.1 STATEMENT**
                                                                  :
ESQUIRE DEPOSITION SERVICES LLC      :
HOBART WEST SOLUTIONS LLC, and   :
AMY ETHERIDGE,                                  :
                          *Defendants.*                   :
                                                                  :
------------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Esquire Deposition Services LLC, Hobart West Solutions LLC, and Amy Etheridge (private non-governmental parties) states that defendant Esquire Deposition Services LLC and Hobart West Solutions LLC are subsidiaries of The Hobart West Group.

                                            **KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**
*Attorneys for Defendants
Esquire Deposition Services LLC,
Hobart West Solutions LLC, and Amy
Etheridge*

By:  s/ George P. Barbatsuly (GB-9571)

Dated:  June 5, 2008