06/16/2008  09:24   12125874169            LAW OFFICES                     PAGE  02/03

KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KAREN CHESTNUT,                           :    08-CV-4030 (LAK)(MHD)
                    Plaintiff,            :
       -against-                          :
ESQUIRE DEPOSITION SERVICES LLC,          :
HOBART WEST SOLUTIONS LLC, and            :
AMY ETHERIDGE,                            :
                    Defendants.           :
------------------------------------------------------X



## Consent Scheduling Order

Upon the consent of the parties, it is hereby

**ORDERED** as follows:

1. No additional parties may be joined after **July 15, 2008**.

2. No amendments to the pleadings will be permitted after **August 15, 2008**.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before **September 15, 2008**;

    (b) rebuttal expert witnesses on or before **October 31, 2008**.

4. All discovery, including any depositions of experts, shall be completed on or before **December 1, 2008**.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before **December 10, 2008**.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

NW-217298 v1

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: 6/18/08

_____
Lewis A. Kaplan
United States District Judge

Consented to:

| | |
|---|---|
| **AKIN & SMITH, LLC**<br>*Attorneys for Plaintiff*<br>*Karen Chestnut* | **KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP**<br>*Attorneys for Defendants*<br>*Esquire Deposition Services LLC,*<br>*Hobart West Solutions LLC, and Amy*<br>*Etheridge* |
| By: _____<br>Ismail S. Sekendiz | By: _____<br>George P. Barbatsuly |

- 2 -