**K&L GATES LLP**
One Newark Center – Tenth Floor
Newark, New Jersey 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
*Attorneys for Defendants Esquire Deposition Services LLC,*
*Hobart West Solutions LLC, and Amy Etheridge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| KAREN CHESTNUT, | : 08-CV-4030 (LAK)(MHD) |
| | : ECF Case |
| *Plaintiff,* | : |
| -against- | : |
| | : **APPEARANCE** |
| ESQUIRE DEPOSITION SERVICES LLC | : |
| HOBART WEST SOLUTIONS LLC, and | : |
| AMY ETHERIDGE, | : |
| *Defendants.* | : |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Esquire Deposition Services LLC, Hobart West Solutions LLC, and Amy Etheridge. I certify that I am admitted to practice in this Court.

          Vincent N. Avallone, Esq.
          **K&L GATES LLP**
          One Newark Center – Tenth Floor
          Newark, New Jersey 07102
          Tel: (973) 848-4000
          Fax: (973) 848-4001
          Email: vincent.avallone@klgates.com

          By: s/ Vincent N. Avallone (VNA-4081)

Dated: September 3, 2008

NW-228768 v1